UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELDON McCONNELL,<br><br>    Defendant. | Case No. 4:11-CR-298-BLW<br><br>**ORDER** |

    The defendant has filed a motion to suppress that will require a hearing. Trial is currently set for January 2, 2014. To hold a hearing on the motion and render a decision in time to allow counsel to fully prepare for trial, the Court will need to move the trial date. The Speedy Trial Act provides for excludable time from the filing of the motion "through the prompt resolution of the motion." See 18 U.S.C. § 3161(h)(1)(D); see also *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

    The Court will need some time after the hearing to fully consider the arguments and render a decision, and counsel will need time to review the decision and determine how they will proceed. Accordingly, given all these circumstances, the Court finds that a trial date of March 10, 2013, is reasonable. Accordingly,

    NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of January 2, 2014, be VACATED. A new trial date is hereby set for **March 10, 2014, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on February 27, 2014, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motions to suppress (docket nos. 151 & 159) and the resolution of the motions within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing shall be held on the motions to suppress on January 16, 2014, at 9:30 a.m. in the Federal Courthouse in Pocatello, Idaho, before the Hon. Randy N. Smith. The motions to suppress are transferred to Judge Smith for all purposes. Judge Winmill shall continue to preside over the case for all other purposes.

IT IS FURTHER ORDERED, that the Government shall file its response brief to the motions to suppress on or before January 8, 2014. The defendant shall file a final reply brief on or before January 13, 2014.

DATED: December 23, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court